IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

SHERRY LEE GREENE,

    Plaintiff,

v.              CIVIL ACTION NO. 2:18-cv-00545

ANDREW SAUL,
Commissioner of Social Security,

    Defendant.

# ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission to this court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). On July 9, 2019, Magistrate Judge Tinsley submitted his Proposed Findings of Fact and Recommendation [ECF No. 11] ("PF&R"), recommending the court affirm the final decision of the Commissioner, grant judgment in favor of the defendant, deny the defendant's Motion to Dismiss [ECF No. 9], and dismiss this matter from the docket. To date, no objections to Magistrate Judge Tinsley's PF&R have been filed, and the time period for the filing of objections has passed.

  Accordingly, the court **ADOPTS** and **INCORPORATES** herein the PF&R. For the reasons stated, the court **AFFIRMS** the final decision of the Commissioner,

**GRANTS** judgment in favor of the defendant, **DENIES** the defendant's Motion to Dismiss [ECF No. 9], and **DISMISSES** this matter from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, any unrepresented party, and the Magistrate Judge.

ENTER: August 1, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE